# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JAMES M. CUYLER,

Appellant,

v.

STATE OF FLORIDA, HON. CHERYL K. THOMAS, and
HILLSBOROUGH CLERK,

Appellee.

No. 2D2025-0239

_____

September 26, 2025

Appeal from the Circuit Court for Hillsborough County; Amy Williams, Judge.

James M. Cuyler, pro se.

James Uthmeier, Attorney General, and Jessica Schwieterman, Senior Assistant Attorney General, for Appellees State of Florida and Hon. Cheryl K. Thomas; Kristen M. Fiore of Akerman LLP, Tallahassee and Jason L, Margolin of Akerman LLP, Tampa, for Appellee Hillsborough Clerk.


PER CURIAM.

Affirmed.

LUCAS, C.J., and BLACK and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.